919 A.2d 846

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MARIO R. MUNGUIA, DEFENDANT–PETITIONER.

March 14, 2007.

ORDERED that the petition for certification is granted, limited solely to the warrantless search issue raised by defendant, and the matter is summarily remanded to the Appellate Division to reconsider in light of *State v. Eckel* 185 *N.J.* 523, 888 *A.*2d 1266 (2006) and *State v. Dunlap* 185 *N.J.* 543, 888 *A.*2d 1278 (2006).

919 A.2d 846

IN THE MATTER OF ADEL MIKHAEIL'S APPLICATION FOR A PERMIT TO CARRY A HANDGUN(ADEL MIKHAEIL—PETITIONER).

March 15, 2007.

Denied.